UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04767 ODW (ADS)　　　　　　　　Date: July 14, 2021

Title: *Jeremy Montoya v. Villanueva, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:-:|:-:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:-:|:-:|
| None Present | None Present |

**Proceedings:**　　**(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

　　Plaintiff Jeremy Montoya filed a civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 1.) On June 11, 2021, the Deputy Clerk notified Montoya that he had not paid the filing fee or filed a request to proceed in forma pauperis. (Dkt. No. 5.) Having received no response, on June 25, 2021, the Court ordered Montoya to apprise the Court of his current address and to pay the filing fee or to file a request to proceed in forma pauperis. (Dkt. No. 6.) Montoya was ordered to respond by July 9, 2021. (<u>Id.</u>) As of today, the Court has not received a response.

　　Accordingly, Montoya is ORDERED TO SHOW CAUSE by no later than **August 4, 2021**, why this action should not be dismissed for failure to prosecute and for failure to comply with court orders.

　　**Montoya is hereby cautioned that failure to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the court orders under Federal Rule of Civil Procedure 41(b).**

The Clerk is directed to mail Montoya a copy of this Order to both **Wasco State Prison** and **California Correctional Institution**.

**IT IS SO ORDERED.**

Initials of Clerk kh